UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 16 AM 9:54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>Julio MARTINEZ-Hernandez,<br><br>           Defendant | Magistrate Docket No. '07 MJ 2465<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 15, 2007** within the Southern District of California, defendant, **Julio MARTINEZ-Hernandez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **OCTOBER 2007**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Julio MARTINEZ-Hernandez

## PROBABLE CAUSE STATEMENT

On October 15, 2007 Senior Patrol Agent L. Miller was performing linewatch duties in an area known as the "Elbow". At approximately 5:20 A.M., a National Guard Unit operating the East Area Infrared Scope informed Agent Miller via service radio, that he had observed four subjects climb over the International Boundary Fence and run north toward the Elbow. This area is located approximately 1.5 miles west of the San Ysidro, California Port of Entry and 400 yards north of the United States / Mexico International Boundary Fence. Agent Miller responded to the call and upon arriving in the area, Supervisory Border Patrol Agent A. Lambert informed him that he had two subjects in custody and that one had fled north. Agent Miller proceeded north and began searching the area just north of the Elbow. After a few minutes he observed an individual running north along the secondary fence away from the Elbow. Agent Miller encountered the subject and identified himself as a United States Border Patrol Agent and questioned the subject as to his citizenship and nationality. The subject who was later identified as the defendant **Julio MARTINEZ-Hernandez** freely admitted to being a citizen and national of Mexico illegally present in the United States and that he was not in possession of any immigration documents that would allow him to enter or remain in the United States legally. Agent Miller arrested the defendant and transported him to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **November 25, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

_____
William McCurine Jr.
U. S. Magistrate Judge

10/16/07
Date/Time

_____
James Trombley
Senior Patrol Agent