AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA

v.

JULIO MARTINEZ-HERNANDEZ

**APPEARANCE**

Case Number: 07MJ2465

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JULIO MARTINEZ-HERNANDEZ

I certify that I am admitted to practice in this court. PRO HAC VICE.

10/18/2007
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD        177301
Print Name                                   Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City         State         Zip Code

(619) 234-8467            (619) 687-2666
Phone Number              Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 18, 2007                                                      _____/s/ Linda Lopez_____
                                                                                              LINDA LOPEZ
                                                                                              Federal Defenders of San Diego, Inc.
                                                                                              225 Broadway, Suite 900
                                                                                              San Diego, CA 92101-5030
                                                                                              (619) 234-8467  (tel)
                                                                                              (619) 687-2666  (fax)
                                                                                              e-mail: Linda_Lopez@fd.org