1 **LINDA LOPEZ**
Florida Bar No. 0177301
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: linda_lopez@fd.org

5 Attorneys for Mr. Julio Martinez-Hernandez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | CASE NO. 07CR3101-LAB |
| ) | |
| 12    Plaintiff, ) | DATE: December 17, 2007 |
| ) | TIME: 2:00 p.m. |
| 13 v. ) | |
| ) | NOTICE OF MOTIONS AND |
| 14 JULIO MARTINEZ-HERNANDEZ, ) | MOTIONS TO: |
| ) | |
| 15    Defendant. ) | (1) COMPEL DISCOVERY; |
| ) | (2) SUPPRESS STATEMENTS; AND |
| 16 ) | (3) GRANT LEAVE TO FILE |
| ) | FURTHER MOTIONS |

18 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
    DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

20     PLEASE TAKE NOTICE that, on December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel

21 may be heard, the defendant, JULIO MARTINEZ-HERNANDEZ, by and through counsel, Linda Lopez and

22 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the pretrial motions listed.

**MOTIONS**

The defendant, JULIO MARTINEZ-HERNANDEZ, by and through attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves the Court for an order to:

1) Compel discovery;

2) Suppress statement; and

3) Grant leave to file to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: December 11, 2007         */s/ Linda Lopez*
                                 **LINDA LOPEZ**
                                 Federal Defender of San Diego, Inc.
                                 Attorneys for Mr. Martinez-Hernandez