1  **LINDA LOPEZ**
   Florida Bar No. 0177301
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Linda_Lopez@fd.org

5  Attorneys for Mr. Julio Martinez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | CASE NO.: 07CR3101-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: DECEMBER 17, 2007 |
| | ) | TIME: 2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| JULIO MARTINEZ-HERNANDEZ, | ) | |
| | ) | 1)  DISMISS FOR GRAND JURY |
| Defendant. | ) |      VIOLATION |
| _____ | ) | |

TO:   KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND
      DALE BLAKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Julio Martinez-Hernandez, by and through his attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, Julio Martinez-Hernandez, by and through his attorneys, Linda Lopez and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Dismiss Indictment for Grand Jury Violation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: December 11, 2007

*/s/ Linda Lopez*
**LINDA LOPEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Julio Martinez-Hernandez
Linda_Lopez@fd.org