```
 1  KAREN P. HEWITT
    United States Attorney
 2  A. DALE BLANKENSHIP
    Assistant U.S. Attorney
 3  California State Bar No. 235960
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
    Email: Dale.Blankenship@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3101-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: December 17, 2007 |
| | ) | TIME: 2:00 p.m. |
| | ) | GOVERNMENT'S NOTICE OF MOTION |
| JULIO MARTINEZ-HERNANDEZ, | ) | AND MOTION FOR RECIPROCAL |
| | ) | DISCOVERY AND FINGERPRINT |
| Defendant. | ) | EXEMPLARS |
| _____ | ) | |

                          NOTICE OF MOTIONS

   TO:  Linda Lopez, Esq, Federal Defenders of San Diego, Inc.,
        Counsel for defendant Julio Martinez-Hernandez,

PLEASE TAKE NOTICE  that on Tuesday, December 17, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Fingerprint Exemplars.

//
//
//
//

<u>MOTIONS</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery and fingerprint exemplars.

DATED: December 13, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


<u>s/ A. Dale Blankenship</u>
A. DALE BLANKENSHIP
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Dale.Blankenship@usdoj.gov