| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | LAUREN J. BAREFOOT |
| | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 226042 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6519/(619) 557-5551 (Fax) |
| | Email: lauren.barefoot@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3101-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JULIO MARTINEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

      A. Dale Blankenship, Assistant United States Attorney

1    Effective this date, the following attorneys are no longer associated with this case and should
2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):

5    Name (If none, enter "None" below)
6         None

7    Please feel free to call me if you have any questions about this notice.

8
     DATED: December 28, 2007
9                                                          Respectfully submitted,

10                                                         KAREN P. HEWITT
                                                           United States Attorney
11
                                                           s/ *Lauren J. Barefoot*
12                                                         _____
                                                           LAUREN J. BAREFOOT
13                                                         Special Assistant United States Attorney
                                                           Attorneys for Plaintiff
14                                                         United States of America
                                                           Email:lauren.barefoot@usdoj.gov
15

16

17

18

19

20

21

22

23

24

25

26

27
     NOTICE OF APPEARANCE
28   United States v. MARTINEZ-HERNANDEZ  2                                    07CR3101-LAB