UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3101-LAB |
| Plaintiff, ) | Date: December 28, 2007 |
| v. ) | CERTIFICATE OF SERVICE |
| JULIO MARTINEZ-HERNANDEZ, ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, LAUREN J. BAREFOOT, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Linda Lopez**
Linda_Lopez@fd.org,Pamela_Bishop@fd.org

**MANUAL Notice List**
The following is the list of attorneys who are not on the list to receive e-mail notices for this case

None.

                                                             s/Lauren J. Barefoot
                                                             LAUREN J. BAREFOOT
                                                             Special Assistant U.S. Attorney