1  **LINDA LOPEZ**
   Florida Bar No. 0177301
2  **STEPHEN D. DEMIK**
   California State Bar No. 221167
3  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
4  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
5
   Attorneys for Defendant Martinez-Hernandez
6

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,        )      CASE NO. 07CR3101-LAB
                                     )
12        Plaintiff,                 )      Date: January 14, 2008
                                     )      Time: 2:00 p.m.
13  v.                               )
                                     )      NOTICE OF INTENT TO
14  JULIO MARTINEZ-HERNANDEZ,        )      INTRODUCE DEFENSE EVIDENCE
                                     )      PURSUANT TO FED. R. CRIM. P.
15        Defendant.                 )      12.2.
                                     )
16  _____  )

17  TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
          DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY; AND
18        LAUREN BAREFOOT, ASSISTANT UNITED STATES ATTORNEY:

19

20        This is notice pursuant to Federal Rule of Criminal Procedure 12.2(b) that Mr. Martinez-Hernandez

21  intends to present a mental state defense.  Mr. Martinez-Hernandez further intends to introduce expert

22  testimony regarding his mental condition.  Mr. Martinez-Hernandez has been examined by Dr. Matthew F.

23  Carroll.  Dr. Carroll's opinions have been explained in a letter sent concurrently with this notice to Assistant

24  United States Attorney Dale Blankenship. In addition, Mr. Martinez-Hernandez was previously examined

25  //

26  //

27  //

28

1  by Dr. Julio-Cesar Armenta and Dr. Beatriz Heller.  The evaluations prepared by those doctors are also

2  being submitted concurrently with the instant notice and copies furnished to Mr. Blankenship.

3                                            Respectfully submitted,

4                                            */s/ Linda Lopez*
   Dated:  January 11, 2008                 **LINDA LOPEZ**
5                                            Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Martinez-Hernandez
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Lauren J Barefoot**
lauren.barefoot@usdoj.gov,barbara.townsend@usdoj.gov,efile.dkt.gc1@usdoj.gov
**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: January 11, 2008                    _/s/  Linda Lopez_
                                           LINDA LOPEZ
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: Linda_Lopez@fd.org

07CR3101