```
 1  KAREN P. HEWITT
    United States Attorney
 2  A. DALE BLANKENSHIP
    Assistant U.S. Attorney
 3  California State Bar No. 235960
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
    Email: Dale.Blankenship@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    )   Criminal Case No. 07CR3101-LAB
   |                              )
11 |             Plaintiff,       )   DATE:    January 22, 2008
   |                              )   TIME:    2:00 p.m.
12 |                              )
   |                              )   GOVERNMENT'S NOTICE OF MOTION
13 | JULIO MARTINEZ-HERNANDEZ,    )   AND MOTION FOR DEPOSITION OF
   |                              )   WITNESS
14 |             Defendant.       )
   |                              )
15 | _____)

16                         NOTICE OF MOTIONS

17      TO: Linda Lopez, Esq., and Stephen Demick, Esq., Federal
            Defenders of San Diego, Inc., Counsel for defendant Julio
18          Martinez-Hernandez,

19

20 PLEASE TAKE NOTICE that on Tuesday, January 22, 2008, at 2:00 p.m.,

21 or as soon thereafter as counsel may be heard, plaintiff, UNITED

22 STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United

23 States Attorney, and A. DALE BLANKENSHIP, Assistant United States

24 Attorney, will move the court for an order granting the Government's

25 Motion for Deposition of United States Border Patrol Agent Lee A.

26 Miller, a witness in the above entitled case.

27 //

28 //

//

//

MOTIONS

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, hereby move the court for an order granting the Government's motion for deposition of .

DATED:     January 17, 2008.

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney


                                        s/ A. Dale Blankenship
                                        A. DALE BLANKENSHIP
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America
                                        Email: Dale.Blankenship@usdoj.gov