# Exhibit A

```
 1  KAREN P. HEWITT
    United States Attorney
 2  A. DALE BLANKENSHIP
    Assistant U.S. Attorney
 3  California State Bar No. 235960
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone: (619) 557-6199

 6  Attorneys for Plaintiff
    United States of America
 7
```

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE LARRY A. BURNS)

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3101-LAB |
| 12 | Plaintiff, ) | DATE:  February 5, 2008 |
| 13 | v. ) | TIME:  9:00 a.m. |
| 14 | ) | DECLARATION OF U.S. BORDER AGENT LEE A. MILLLER |
| 15 | JULIO MARTINEZ-HERNANDEZ, ) | |
| 16 | Defendant. ) | |

17

18     I, Lee A. Miller, declare:

19     1.   I am a Senior Border Patrol Agent with the United States

20  Border Patrol.

21     2.   On October 15, 2007, I apprehended the Defendant, Julio

22  Martinez-Hernandez, while performing my duties in the Imperial Beach

23  Border Patrol area of responsibility.  During my interaction with

24  Defendant, he made statements concerning his citizenship and status.

25     3.   I am scheduled to deploy to Iraq in my capacity as a U.S.

26  Border Patrol Agent on January 25, 2008.  I am currently scheduled to

27  return to the United States on August 15, 2008.

28  //

4. I will be traveling to Iraq as part of a team of U.S. Border Patrol Agents and Customs and Border Protection Officers, who will be assigned to different border areas around Iraq.

5. In my capacity as a U.S. Border Patrol Agent in Iraq, my responsibilities will include providing training to Iraqi Border Police, and other agents within the Iraq Department of Border Enforcement, in the areas of border security, and basic customs and immigration activities.

6. I have been training for my mission with this team of agents and officers since January 6, 2008. I previously completed 2 weeks of training in Washington D.C. in June of 2007; and I also completed 3 weeks of training in July of 2007, in preparation for this mission.

7. The security situation in Iraq requires that my transportation to Iraq, and within Iraq, conform to military security requirements. As a result, my transportation and logistical support requirements must be made in advance, and must be made with the consent of the military commanders in Iraq. It would not be possible for me to delay my travel to Iraq, due to these security requirements.

8. My role in Iraq is crucial to the development of forces in Iraq that can patrol the Iraqi border, operate effective ports of entry, and reduce the security threat posed by the flow of saboteurs, terrorists, and armaments, into Iraq. I will participate in the training and education of Iraqi forces who will be responsible for the security of Iraqi borders.

9. To the best of my knowledge, the foregoing is true, and is made under penalty of perjury.

//

//

1 | This Declaration was executed in San Diego, California, on
2 | January 15, 2008.

_____
Agent Lee A. Miller