MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT/ WITNESS LIST</u>

USA     VS     Martinez-Hernandez

X  Plaintiff     X  Defendant     ___ Court     Type of Hearing:     Video Deposition Hrg

Case Number:     07cr3101 LAB

| NO. | IDENT. | EVID. | PLAINTIFF'S EXHIBITS | WITNESSES |
|---|---|---|---|---|
|  |  |  |  |  |
| 1(a) | 01/24/08 | 01/24/08 | PICTURE OF INTERNATIONAL BORDER | Government Witness : Lee Miller |
| 2(a) | 01/24/08 | 01/24/08 | PICTURE OF ELBOW HEADING NW |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| NO. | IDENT. | EVID. |  |  |
|---|---|---|---|---|
| A | 01/24/08 | 01/24/08 | PICTURE OF FENCE AT BORDER |  |
| B | 01/24/08 | 01/24/08 | PICTURE OF FENCE FACING USA |  |
| C | 01/24/08 | 01/24/08 | PICTURE OF DIRT ROAD |  |
| D | 01/24/08 | 01/24/08 | PICTURE OF MEXICO ACROSS FIELD |  |
| E | 01/24/08 | 01/24/08 | PICTURE OF DIRT ROAD |  |
| F | 01/24/08 | 01/24/08 | PICTURE OF FIELD |  |