FILED
JAN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>        v.                         )<br>                                    )<br> JULIO MARTINEZ-HERNANDEZ,          )<br>                                    )<br>             Defendant.             )<br>_____) | Criminal Case No. 07cr3101-LAB<br><br>ORDER |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's motion to depose United States Border Patrol Agent Lee Miller is granted and scheduled for January 24, 2008.

IT IS FURTHER ORDERED that counsel for the Government may bring audio and video equipment into the courthouse on January 24, 2008.

DATED: January 23, 2008.

HONORABLE LARRY A. BURNS
United States District Judge