UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JULIO MARTINEZ-HERNANDEZ,<br><br>        Defendant. | Criminal Case No. 07cr3101-LAB<br><br>ORDER |

Upon application of the Government and good cause appearing therefor,

IT IS HEREBY ORDERED that the Government's motion to depose United States Border Patrol Agent Lee Miller is granted and scheduled for January 22, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that counsel for the Government may bring audio and video equipment into the courthouse on January 22, 2008.

DATED: January 22, 2008.

_____
HONORABLE LARRY A. BURNS
United States District Judge