1  **STEPHEN D. DEMIK**
   California Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Martinez-Hernandez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,       )   Criminal No. 07CR3101-LAB
                                    )
12            Plaintiff,            )   DATE:  February 4, 2008
                                    )   TIME:  2:00 p.m.
13  v.                              )
                                    )   NOTICE OF MOTIONS *IN LIMINE* AND
14  JULIO MARTINEZ-HERNANDEZ,       )   MOTIONS *IN LIMINE*:
                                    )
15            Defendant.            )   1)  TO PRECLUDE THE GOVERNMENT
                                    )       FROM USING DEPORT DOCUMENTS
16                                  )       AS EVIDENCE OF ALIENAGE;
                                    )   2)  TO EXCLUDE THE CNR;
17                                  )   3)  TO PRECLUDE 404(B) AND (609)
                                    )       EVIDENCE;
18                                  )   4)  REQUIRE THE GOVERNMENT TO
                                    )       REDACT A-FILE DOCUMENTS;
19                                  )   5)  TO EXCLUDE THE INDICTMENT
                                    )       FROM THE JURY ROOM;
20                                  )   6)  TO ALLOW ATTORNEY-CONDUCTED
                                    )       VOIR DIRE;
21                                  )   7)  TO PRECLUDE WITNESSES FROM
                                    )       REFERRING TO MR. MARTINEZ AS
22                                  )       "THE ALIEN";
                                    )   8)  TO PRECLUDE THE "A-FILE
23                                  )       CUSTODIAN" FROM TESTIFYING
                                    )       ABOUT IMMIGRATION
24                                  )       PROCEEDINGS;
                                    )   9)  TO PRECLUDE THE "A-FILE
25                                  )       CUSTODIAN" FROM TESTIFYING
                                    )       ABOUT DATABASE SEARCHES;
26                                  )   10) TO PRECLUDE REFERENCE TO THE
                                    )       EVENTS OF SEPTEMBER 11 AND/OR
27                                  )       THE WAR ON TERRORISM;
                                    )   11) TO ORDER PRODUCTION OF GRAND
28                                  )       JURY TRANSCRIPTS;

|  |  |
|---|---|
| ) 12) | TO PRECLUDE EVIDENCE NOT PRODUCED IN DISCOVERY; |
| ) 13) | TO PREVENT THE GOVERNMENT AND ITS WITNESSES FROM VOUCHING; |
| ) 14) | ALLOW MR. MARTINEZ TO PRESENT EXPERT TESTIMONY OF DIMINISHED CAPACITY IN RELATION TO SPECIFIC INTENT; AND |
| ) 15) | TO GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on February 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Julio Martinez-Hernandez, by and through his attorneys, Stephen D. Demik, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions *in limine* listed below.

## **MOTIONS *IN LIMINE***

Mr. Martinez, the defendant in this case, by and through his attorneys, Stephen D. Demik, and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to Preclude the Government from Using Deport Documents as Evidence of Alienage;
2) to Exclude the CNR;
3) to Preclude 404(b) and (609) Evidence;
4) Require the Government to Redact A-file Documents;
5) to Exclude the Indictment from the Jury Room;
6) to Allow Attorney-conducted Voir Dire;
7) to Preclude Witnesses from Referring to Mr. Puga-Ochoa as "The Alien";
8) to Preclude the "A-file Custodian" from Testifying about Immigration Proceedings;
9) to Preclude the "A-file Custodian" from Testifying about Database Searches;
10) to Preclude Reference to the Events of September 11 and/or the War on Terrorism;
11) to Order Production of Grand Jury Transcripts;
12) to Preclude Evidence Not Produced in Discovery;
13) to Prevent the Government and its Witnesses from Vouching;
14) to Allow Mr. Martinez to Present Expert Testimony of Diminished Capacity in Relation to Specific Intent; and
15) to Grant Leave to File Further Motions.

1     These motions are based upon the instant motions and notice of motions *in limine*, the attached
2 statement of facts and memorandum of points and authorities, and any and all other materials that may be
3 adduced at the time of the hearing on these motions.

                                      Respectfully submitted,

Dated: February 1, 2008     */s/ Stephen D. Demik*
                                       **STEPHEN D. DEMIK**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Martinez

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07cr3101-LAB |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JULIO MARTINEZ-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Arnold Dale Blankenship**
Dale.Blankenship@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,efile.dkt.gc1@usdoj.gov


mailed to:     Julio Martinez-Hernandez
               Defendant


Dated: February 1, 2008                    */s/ Stephen D. Demik*
                                           **STEPHEN D. DEMIK**
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           E-mail: Stephen_Demik@fd.org