# Previously Filed Statement of Facts and Memorandum of Points & Authorities Incorporated by Reference No. 44