**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Defendant Martinez-Hernandez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY A. BURNS**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07CR3101-LAB |
| Petitioner, | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| JULIO MARTINEZ-HERNANDEZ, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by STEPHEN D. DEMIK, that I am replacing LINDA LOPEZ as counsel on appeal in this case.

Respectfully submitted,

Dated: February 6, 2008                     /s/ Stephen D. Demik
                                                         Federal Defenders of San Diego, Inc.
                                                         Attorneys for Defendant
                                                         Stephen_Demik@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  February 6, 2008                    /s/ Stephen D. Demik
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            Stephen_Demik@fd.org (email)