## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                     Plaintiff, )
                     vs )
JULIO MARTINEZ-HERNANDEZ, )
                     Defendant. )

[FILED FEB - 6 2008]

CASE NO. 07CR3101-LAB

# VERDICT

We the jury in the above entitled cause find the defendant, JULIO MARTINEZ-HERNANDEZ,

__Guilty__ of Attempted Entry After Deportation as charged in Count 1 of the Indictment.

If you find the defendant guilty of Count 1, do you further find that the defendant was removed from the United States subsequent to October 11, 2002?

__X__ YES          ____ NO

Date: 2/6/08
San Diego, California

_Paul Carlson_
FOREPERSON