## Defendant/GOVERNMENT'S EXHIBIT LIST

### United States v. Julio Martinez-Hernandez

Criminal Case No. 07CR3101-LAB

 X  Plaintiff   X  Defendant       Jury Trial: February 5, 2008 at 10:00 a.m.

| NO. | IDENT. | EVID. | DESCRIPTION | WITNESS |
|-----|--------|-------|-------------|---------|
| 1(a) | 2/6/08 | 2/6/08 | Google Earth Image of border area - "the Elbow" (with Agent Miller markings) | |
| 1(b) | 2/5/08 | 2/5/08 | Google Earth Image of border area - "the Elbow" | Lambert |
| 2(a) | 2/6/08 | 2/6/08 | Photograph of "the Elbow" - (Agent Miller) | |
| 2(b) | 2/5/08 | 2/5/08 | Photograph of border fence - East View | Lambert |
| 2(c) | 2/5/08 | 2/5/08 | Photograph of border fence - w/vehicle | Lambert |
| 2(d) | 2/5/08 | 2/5/08 | Photograph of border fence from "the Elbow" southeast view | Lambert |
| 2(e) | 2/5/08 | 2/5/08 | Photograph of border fence from "the Elbow" southwest view | Lambert |
| 2(f) | 2/5/08 | 2/5/08 | Photograph of "the Elbow" - northwest view | Lambert |
| 2(g) | 2/5/08 | 2/5/08 | Photograph of "the Elbow" - north view | Lambert |
| 3 | | | Order to Show Cause (Form I-221) dated January 21, 1994 | |
| 4 | 2/6/08 | 2/6/08 | Audiotape of April 14, 1994, Immigration Hearing  *not to go in to jury* | |
| 5 | 2/6/08 | 2/6/08 | Certificate of Authenticity of Audiotape of April 14, 1994, Immigration Hearing | Carroll |
| 6 | 2/6/08 | | Transcript of April 14, 1994, Immigration Hearing | |
| 7 | 2/5/08 | 2/5/08 | Order of the Immigration Judge dated April 14, 1994 | Carroll |

Page -1-

| | | | | |
|---|---|---|---|---|
| 8 | 2/5/08 | 2/5/08 | Notice of Intent/Decision to Reinstate Prior Order (Form I-871) dated November 25, 2006 | Carroll |
| 9 | 2/6/08 | 2/6/08 | Record of Sworn Statement in Proceedings dated November 25, 2006 REDACTION | Rollins |
| 10 | 2/5/08 | 2/5/08 | Warning to Alien Ordered Removed or Deported (Form I-294) dated November 25, 2006 | Carroll |
| 11 | 2/5/08 | 2/5/08 | Warrant of Removal/Deportation (Form I-205) dated November 25, 2006 | Carroll |
| 12 | 2/5/08 | 2/5/08 | Certificate of Non-existence of Record | Carroll |
| 13 | | | Fingerprint Card | |
| 14 | | | Transcript of Plea Hearing | |
| 15 | 2/5/08 | | DVD USBP Agent Lee Miller Deposition | |
| 16 | 2/5/08 | | Fingerprint Stipulation | |
| | | | | |
| | | | Defendant Exhibit List | |
| A | 2/6/08 | 2/6/08 | Picture of fence at border | |
| B | 2/6/08 | 2/6/08 | Picture of fence facing USA | |
| C | 2/6/08 | 2/6/08 | Picture of dirt road | |
| D | 2/6/08 | 2/6/08 | Picture of mexico Across field | |
| E | 2/6/08 | 2/6/08 | picture of dirt road | |
| F | 2/6/08 | 2/6/08 | picture of field | |
| H | 2/6/08 | 2/6/08 | Ltr from Dr. Heller dated 2/1/08 | |
| | | | | |