MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA VS JULIO MARTINEZ-HERNANDEZ

___ Plaintiff   ___ Defendant   X Court   Type of Hearing: JURY TRIAL

Case Number: 07CR3101-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 2/6/08 | 2/6/08 | JURY NOTE |

Can we listen to prosecution exhibit 4, which contains the extraction of the tape from the deportation trial of 1994. In addition can we have the transcript, which is exhibit 6.

COURT'S 2/6/08
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. # 07cr3101
DATE: 2:30pm