

Molly Dwyer
Acting Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



(415) 355-8000

March 27, 2008

**FILED**
APR 1 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USCA9 No.:     08-50133
D.C. No.:      3:07-cr-03101-LAB
Short Title:   USA v. Julio Martinez-Hernandez

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeal docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAR 2 6 2008

FILED_____

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

DOCKETED_____
     DATE       INITIAL

08 - 50133

Re:   USCA No:
      USDC No:    07cr3101 LAB
      USA v. Martinez-Hernandez

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| x | Copy of the Notice of Appeal | x | Docket Entries | | |
|---|---|---|---|---|---|
| x | Case Information/Docket Fee Payment Notification Form | | | | |
| x | Order for Time Schedule (Criminal) | | | | |
|   | Original Clerk's Record in | | set(s) of | | volume(s). |
|   | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
|   | Exhibits in | envelope(s) | | box(es) | | folders(s) |
| x | Judgement Order | | | F/P Order | | |
|   | CJA Form 20 | | | Minute Order | | |
|   | Certificate of Record | | | Mandate Return | | |
|   | Magistrate Judge's Report and Recommendation | | | | | |
|   | COA Order | | | | | |
|   | Amended docket fee notification form | | | | | |
|   | Order Appointing Counsel for Appeal | | | | | |
| x | NEF Minutes entered 3/18/08, NEF Minutes entered 10/18/07, Notice entered 2/6/2008 | | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

**L. Hammer**

Date:   03/21/08          By:_____
                          Lauren Hammer, **Deputy**