UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>            Plaintiff,                     )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>JULIO MARTINEZ-HERNANDEZ,    )<br>                                                          )<br>            Defendant.                 )<br>_____) | Case No. 07cr3101-LAB |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>   A. Dale Blankenship
>   United States Attorney's Office
>   880 Front Street
>   San Diego, CA  92101

Dated:  May 15, 2008                                          /s/  Devin J. Burstein
                                                                       DEVIN J. BURSTEIN
                                                                       Federal Defenders
                                                                       225 Broadway, Suite 900
                                                                       San Diego, CA 92101-5030
                                                                       (619) 234-8467  (tel)
                                                                       (619) 687-2666  (fax)
                                                                       devin_burstein@fd.org